IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-02069

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

VAIL ASSOCIATES, INC.,

    Defendant(s).
_____

### ORDER TERMINATING CONSENT DECREE
_____

    THIS MATTER is before the Court on the Joint Motion to Terminate Consent Decree (docket #6), filed February 15, 2008. After carefully considering the Joint Motion to Terminate Consent Decree (the "Motion") filed jointly by the United States of America and Vail Associates, Inc., I find that the Motion should be granted. Accordingly, it is

    ORDERED that the Joint Motion to Terminate Consent Decree (docket #6) is **GRANTED.** It is

    FURTHER ORDERED that the Court's June 3, 2004 Consent Decree in this case is terminated. It is

    FURTHER ORDERED that the instant case is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated: February 22, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge